# *Law Offices of Irene K. Dymkar*
### *53 West Jackson, Suite 733*
### *Chicago, IL 60604-3462*
### *(312) 345-0123*
### *fax (312) 345-0066*

**Irene K. Dymkar**
*irene.dymkar@dymkarlaw.com*

**Shamoyita M. DasGupta**
*shamoyita.dasgupta@dymkarlaw.com*

August 13, 2020

Richard J. Guidice
First Deputy Director
City of Chicago Office of Emergency
Management and Communications
1411 W. Madison Street, #4
Chicago, IL 60607

Mark Flessner
Corporation Counsel
City of Chicago Department of Law
121 N. LaSalle Street, Suite 600
Chicago, IL 60602

Caroline Fronczak
Deputy Corporation Counsel
City of Chicago Department of Law
30 N. LaSalle Street, Suite 900
Chicago, IL 60602

Dana O'Malley
General Counsel
Chicago Police Department
3510 S. Michigan Ave., 5th Floor
Chicago, IL 60653

Re: Preservation of Body Camera, Dash Camera, Police Observation Device ("POD") Video, GPS, and all Police Records

Dear Mr. Guidice:

This letter is regarding the detention of an individual named Sir John Hausley on July 25, 2020 at approximately 4:00 a.m. at or near 2126 W. Jackson Street in Chicago, Illinois. One of the officers involved may have been a Lt. or Sgt. Enriquez.

You are on notice to preserve all police records, OEMC records, GPS records, audio, video, including but not limited to dash camera and body camera video, POD camera video, paper records, and electronically stored records regarding this incident.

If you have any questions, I can be reached by phone at **(312) 345-0123**, or by email at **shamoyita.dasgupta@dymkarlaw.com**.

Sincerely,

Shamoyita M. DasGupta