# Law Offices of Irene K. Dymkar

53 West Jackson, Suite 733
Chicago, IL 60604-3462
(312) 345-0123
fax (312) 345-0066

Irene K. Dymkar
irene.dymkar@dymkarlaw.com

Shamoyita M. DasGupta
shamoyita.dasgupta@dymkarlaw.com

May 5, 2021

City of Chicago
Office of Emergency Management and Communication
Freedom of Information Coordinator
1411 W. Madison Street
Chicago, IL 60607

Re: FOIA request - GPS Records

Dear Sir/Madam:

Please consider this letter a request pursuant to the Freedom of Information Act to obtain <u>all beat queries in your possession</u> for the following:

1) **Global Positioning System (GPS) records for all Chicago police officers within 1000 feet of 2126 W. Jackson Street in Chicago, Illinois, from 12:00 a.m. to 8:00 a.m. on July 25, 2020;**

2) **A spreadsheet of the GPS data that corresponds to the above GPS information for all Chicago police officers within 1000 feet of 2126 W. Jackson Street in Chicago, Illinois, from 12:00 a.m. to 8:00 a.m. on July 25, 2020, that includes, but is not limited to, information about the vehicles' device IDs, PDT information, vehicle IDs, unit numbers, PC numbers, date and time, x coordinates, y coordinates, speed, direction, and airbag information.**

Please note that on August 13, 2020, a preservation letter was sent to Richard J. Guidice, regarding the detention of an individual named Sir John Hausley on July 25, 2020 at approximately 4:00 a.m. at or near 2126 W. Jackson Street in Chicago, Illinois, possibly involving an officer named Lt. or Sgt. Enriquez. The letter specifically requested that GPS records be preserved.

Please tell me what the charge is and I will send you a check. If you have any questions, feel free to contact me at (312) 345-0123, or by email at shamoyita.dasgupta@dymkarlaw.com.

Sincerely,

Shamoyita M. DasGupta