

Shamoyita DasGupta <shamoyita.dasgupta@dymkarlaw.com>

## Non-Commercial OEMC FOIA Request :: F211401-050621

**Chicago Public Safety** <chicagops@govqa.us>  Wed, May 12, 2021 at 10:35 AM
To: "shamoyita.dasgupta@dymkarlaw.com" <shamoyita.dasgupta@dymkarlaw.com>

**Attachments:**
Attached_Image_(21).eml

--- ---



OFFICE OF EMERGENCY MANAGEMENT AND COMMUNICATIONS
CITY OF CHICAGO

May 12, 2021

**RE: FOIA Request #F211401-050621**

**Law Offices of Irene K Dymkar**
53 West Jackson, Suite 733
Chicago IL 60604
shamoyita.dasgupta@dymkarlaw.com

Dear Shamoyita DasGupta:

On behalf of the Office of Emergency Management and Communications (OEMC), I am responding to your Freedom of Information (FOIA) request that our office received on May 06, 2021, wherein you requested the following information:

*"Global Positioning System (GPS) records for all Chicago Police Officers within 1000 feet of 2126 W Jackson Street from 12am to 8am on July 25, 2020;*

*A spreadsheet of the GPS data that corresponds to the above GPS information for all Chicago Police Officers within 1000 Feet of 2126 W Jackson from 12am to 8am on July 25, 2020, that includes, but is not limited to, information about the vehicles device IDs, PDT information, vehicle IDs, unit numbers, PC numbers , date and time, x coordinates, y coordinates, speed, direction, and airbag information."*

With respect to your request, it has been determined that the records you requested are no longer retained in our system having been purged per our retention schedule, prior to the receipt of your request.

Sincerely,

**A. Martin - OEMC FOIA**
Freedom of Information Officer
Office of Emergency Management & Communications
312-746-9403

To monitor the progress or update this request please log into the Public Portal