

Shamoyita DasGupta <shamoyita.dasgupta@dymkarlaw.com>

## Non-Commercial OEMC FOIA Request :: F211401-050621

**Shamoyita DasGupta** <shamoyita.dasgupta@dymkarlaw.com>  Tue, May 18, 2021 at 12:06 PM
To: Chicago Public Safety <chicagops@govqa.us>
Cc: Irene Dymkar <irene.dymkar@dymkarlaw.com>

Officer Martin,

I just called and left a message with the OEMC FOIA number listed at the bottom of your email. Your response to FOIA request F211401-050621 indicates that the requested records were not available, because they were purged pursuant to your retention schedule. However, we sent a preservation letter to Richard J. Guidice, regarding an incident that took place in the area, within 30 days of the incident taking place. The letter specifically mentioned preservation of GPS records by OEMC. I am attaching the preservation letter again to this email.

Please search again for the records. If you are still unable to locate them because they have been purged, please explain why they were purged, despite a preservation letter having been timely sent.

Sincerely,
[Quoted text hidden]
--

**Shamoyita DasGupta, Attorney at Law**
Law Offices of Irene K. Dymkar
53 West Jackson, Suite 733

[Quoted text hidden]

📄 **Hausley_OEMC_CPD_Guidice_Preservation_Letter_200813.pdf**
388K



**Shamoyita DasGupta <shamoyita.dasgupta@dymkarlaw.com>**

## Non-Commercial OEMC FOIA Request :: F211401-050621

**Shamoyita DasGupta** <shamoyita.dasgupta@dymkarlaw.com>  Tue, May 25, 2021 at 3:39 PM
To: Chicago Public Safety <chicagops@govqa.us>
Cc: Irene Dymkar <irene.dymkar@dymkarlaw.com>

Officer Martin,

I am following up on the above email of May 18, 2021, regarding FOIA request No. F211401-050601. I just called the number provided at the bottom of your email and spoke to an Officer Mason, who informed me that you will be out of the office until June 1, 2021. Please respond to my May 18, 2021 email as soon as possible.

I am again attaching the preservation letter sent to Richard J. Guidice on August 13, 2020, within 30 days of the relevant incident, asking that all GPS records be preserved.

Sincerely,

[Quoted text hidden]

📄 **Hausley_OEMC_CPD_Guidice_Preservation_Letter_200813.pdf**
388K



Shamoyita DasGupta <shamoyita.dasgupta@dymkarlaw.com>

## Non-Commercial OEMC FOIA Request :: F211401-050621

**Shamoyita DasGupta** <shamoyita.dasgupta@dymkarlaw.com>  Mon, Jun 7, 2021 at 8:41 AM
To: Chicago Public Safety <chicagops@govqa.us>
Cc: Irene Dymkar <irene.dymkar@dymkarlaw.com>

Officer Martin,

I am once again following up on the above emails of May 18, 2021 and May 25, 2021, regarding FOIA request No. F211401-050601. I just called the number provided at the bottom of your email again and left a voicemail. Please respond to the above two emails of May 18 and May 25, 2021 as soon as possible.

I am again attaching the preservation letter sent to Richard J. Guidice on August 13, 2020, within 30 days of the relevant incident, asking that all GPS records be preserved.

Sincerely,

[Quoted text hidden]

📄 **Hausley_OEMC_CPD_Guidice_Preservation_Letter_200813.pdf**
388K



Shamoyita DasGupta <shamoyita.dasgupta@dymkarlaw.com>

## Non-Commercial OEMC FOIA Request :: F211401-050621

**Shamoyita DasGupta** <shamoyita.dasgupta@dymkarlaw.com>  Thu, Jun 24, 2021 at 12:28 PM
To: Chicago Public Safety <chicagops@govqa.us>
Cc: Irene Dymkar <irene.dymkar@dymkarlaw.com>

Officer Martin,

I am once again following up on the above emails of May 18, 2021, May 25, 2021, and June 7, 2021, regarding FOIA request No. F211401-050601. I just called the number provided at the bottom of your email and have now left numerous voicemails for you at that number.

Can you please tell me if you have searched for the relevant records requested in my original request?

Have the requested records actually been purged?

Lastly, can you please give me the contact information for a supervisor that I may speak to about this request?

Thank you,

[Quoted text hidden]